IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WISSAM T. HAMMOUD,

    Petitioner,

                                      JUDGMENT IN A CIVIL CASE

v.                                           Case No. 09-cv-778-bbc

C. HOLINKA,

    Respondent.

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent denying the petition for a writ of habeas corpus for petitioner's failure to state a claim that can be addressed in a 28 U.S.C. § 2241 motion.

_____         4/5/10
Peter Oppeneer, Clerk of Court                 Date